**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF MARYLAND**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| 1. | Debtor's name | **Gold and Silver Auto Sales, LLC** |
|---|---|---|

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**dba Auto Market**

3. **Debtor's federal Employer Identification Number (EIN)**

_2_  _6_  –  _3_  _6_  _3_  _3_  _8_  _5_  _3_

4. **Debtor's address**

**Principal place of business**

**13400 Baltimore Avenue**
Number    Street

**Laurel**          **MD**    **20707**
City              State    ZIP Code

County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City              State    ZIP Code

5. **Debtor's website (URL)**    **https://www.automarketlaurel.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Gold and Silver Auto Sales, LLC**         Case number (if known) _____

| 7. | **Describe debtor's business** | *A.  Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____   ____   ____   ____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Gold and Silver Auto Sales, LLC**                                    Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                                MM / DD / YYYY

         District _____  When _____  Case number _____
                                                 MM / DD / YYYY

         District _____  When _____  Case number _____
                                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

         District _____  When _____
                                                   MM / DD / YYYY

         Case number, if known _____

         Debtor _____  Relationship _____

         District _____  When _____
                                                   MM / DD / YYYY

         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

         **Why does the property need immediate attention?**  *(Check all that apply.)*

         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
            What is the hazard? _____

         ☐ It needs to be physically secured or protected from the weather.

         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

         ☐ Other _____

         **Where is the property?** _____
                                     Number        Street

                                     _____

                                     City                              State    ZIP Code

         **Is the property insured?**

         ☐ No

         ☐ Yes. Insurance agency _____

              Contact name _____

              Phone _____

Debtor  **Gold and Silver Auto Sales, LLC**  _____     Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/28/2020**
   MM / DD / YYYY

X **/s/ Sotir P. Galabov**                          **Sotir P. Galabov**
   Signature of authorized representative of debtor      Printed name

Title **Managing Member**

Debtor **Gold and Silver Auto Sales, LLC** _____    Case number (if known) _____

18. **Signature of attorney**

**X** **/s/ Augustus T. Curtis** _____    Date **04/28/2020** _____
Signature of attorney for debtor    MM / DD / YYYY

**Augustus T. Curtis** _____
Printed name

**Cohen, Baldinger & Greenfeld, LLC** _____
Firm name

**2600 Tower Oaks Blvd.** _____
Number       Street

**Suite 103** _____

**Rockville** _____    **MD**       **20852** _____
City                                                       State       ZIP Code

**(301) 881-8300** _____    **augie.curtis@cohenbaldinger.com** _____
Contact phone                                          Email address

**26653** _____    **MD** _____
Bar number                                             State

Form **1120-S**

# U.S. Income Tax Return for an S Corporation

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , 20 ____

| | | |
|---|---|---|
| **A** S election effective date<br>01/01/2016 | **Name** GOLD AND SILVER AUTO SALES LLC | **D** Employer identification number<br>26-3633853 |
| **B** Business activity code number (see instructions)<br>441120 | TYPE OR PRINT · Number, street, and room or suite no. If a P.O. box, see instructions.<br>13400 A1 BALTIMORE AVE | **E** Date incorporated<br>10/23/2008 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code<br>LAUREL MD 20707 | **F** Total assets (see instructions)<br>$ 0. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . ▶ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | **1a** | Gross receipts or sales . . . . . . . | **1a** 1,897,828. | |
| | **b** | Returns and allowances . . . . . . | **1b** | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . | **1c** | 1,897,828. |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . | **2** | 932,635. |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . | **3** | 965,193. |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . | **4** | |
| | **5** | Other income (loss) (see instructions—attach statement) . . . . . . | **5** | |
| | **6** | **Total income (loss).** Add lines 3 through 5 . . . . . . . . ▶ | **6** | 965,193. |

| | | | | |
|---|---|---|---|---:|
| **Deductions** (see instructions for limitations) | **7** | Compensation of officers (see instructions—attach Form 1125-E) . . . . | **7** | 0. |
| | **8** | Salaries and wages (less employment credits) . . . . . . . . . | **8** | 16,800. |
| | **9** | Repairs and maintenance . . . . . . . . . . . . . . . . | **9** | |
| | **10** | Bad debts . . . . . . . . . . . . . . . . . . . . . | **10** | |
| | **11** | Rents . . . . . . . . . . . . . . . . . . . . . . | **11** | 156,000. |
| | **12** | Taxes and licenses . . . . . . . . . . . . . . . . . . | **12** | 1,698. |
| | **13** | Interest (see instructions) . . . . . . . . . . . . . . . . | **13** | |
| | **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | **14** | 0. |
| | **15** | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . | **15** | |
| | **16** | Advertising . . . . . . . . . . . . . . . . . . . . | **16** | 59,687. |
| | **17** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . | **17** | |
| | **18** | Employee benefit programs . . . . . . . . . . . . . . . | **18** | |
| | **19** | Other deductions (attach statement)   See Statement | **19** | 649,468. |
| | **20** | **Total deductions.** Add lines 7 through 19 . . . . . . . . . ▶ | **20** | 883,653. |
| | **21** | Ordinary business income (loss). Subtract line 20 from line 6 . . . . . | **21** | 81,540. |

| | | | | |
|---|---|---|---|---:|
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) . . | **22a** | |
| | **b** | Tax from Schedule D (Form 1120-S) . . . . . . . . . . | **22b** | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . | **22c** | |
| | **23a** | 2019 estimated tax payments and 2018 overpayment credited to 2019 . . | **23a** | |
| | **b** | Tax deposited with Form 7004 . . . . . . . . . . | **23b** | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) . . . | **23c** | |
| | **d** | Reserved for future use . . . . . . . . . . | **23d** | |
| | **e** | Add lines 23a through 23d . . . . . . . . . . . . . . . | **23e** | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . ▶ ☐ | **24** | |
| | **25** | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | **25** | |
| | **26** | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| | **27** | Enter amount from line 26:   **Credited to 2020 estimated tax** ▶ _____ **Refunded** ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  Date _____  ▶ OWNER
Signature of officer                Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature<br>LEANDRO MARINHO P00055984 | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ CIRCULO DE FINANZAS | | | Firm's EIN ▶ | |
| Firm's address ▶ 11401 GRANDVIEW AVE SUITE 6<br>SILVER SPRING MD 20902 | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions. BAA

REV 02/11/20 TTBIZ

Form **1120-S** (2019)

Form 1120-S (2019)

Page **2**

## Schedule B    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:  a ☒ Cash  b ☐ Accrual | | |
| | c ☐ Other (specify) ▶ | | |
| **2** | See the instructions and enter the: | | |
| | **a** Business activity ▶ Retail sales / web sales  **b** Product or service ▶ USED CARS | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | × |
| **4** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . | | × |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock . . . . . . . . ▶ | | |
| | **(ii)** Total shares of non-restricted stock . . . . . . ▶ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | × |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year . ▶ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed ▶ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . | | × |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and** **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . ▶ $ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . | | × |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . | | × |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . | | × |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

REV 02/11/20 TTBIZ

Form **1120-S** (2019)

## Schedule B  Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | × |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . | × | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . | × | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . | | × |
| | If "Yes," enter the amount from Form 8996, line 14 . . . . . . . . . ▶ $ | | |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) . | 1 | 81,540. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . | 3a | |
| | b | Expenses from other rental activities (attach statement) . | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . | 5a | |
| | | b Qualified dividends . . . . . | 5b | |
| | 6 | Royalties . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) . | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . Type ▶ | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . | 11 | 19,527. |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures  (1) Type ▶ (2) Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions) . . . . . . . . Type ▶ | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | 13c | |
| | d | Other rental real estate credits (see instructions)  Type ▶ | 13d | |
| | e | Other rental credits (see instructions) . . . .  Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . .  Type ▶ | 13g | |
| Foreign Transactions | 14a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources . . . . . . . . . . . . . . . | 14b | |
| | c | Gross income sourced at shareholder level . . . . . . . . . . . | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Reserved for future use . . . . . . . . . . . . . . . . . | 14d | |
| | e | Foreign branch category . . . . . . . . . . . . . . . . | 14e | |
| | f | Passive category . . . . . . . . . . . . . . . . . . | 14f | |
| | g | General category . . . . . . . . . . . . . . . . . . | 14g | |
| | h | Other (attach statement) . . . . . . . . . . . . . . . . | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense . . . . . . . . . . . . . . . . . . | 14i | |
| | j | Other . . . . . . . . . . . . . . . . . . . . . | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Reserved for future use . . . . . . . . . . . . . . . . | 14k | |
| | l | Foreign branch category . . . . . . . . . . . . . . . . | 14l | |
| | m | Passive category . . . . . . . . . . . . . . . . . . | 14m | |
| | n | General category . . . . . . . . . . . . . . . . . . | 14n | |
| | o | Other (attach statement) . . . . . . . . . . . . . . . . | 14o | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ☐ Paid  ☐ Accrued . . . . . . . ▶ | 14p | |
| | q | Reduction in taxes available for credit (attach statement) . . . . . . . | 14q | |
| | r | Other foreign tax information (attach statement) | | |

Form 1120-S (2019)

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | | Total amount |
|---|---|---|---|---:|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . | 15a | 0. |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties—gross income . . | 15d | |
| | e | Oil, gas, and geothermal properties—deductions . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | 16d | 62,013. |
| | e | Repayment of loans from shareholders . . . . . . . | 16e | |
| **Other Information** | 17a | Investment income . . . . . . . . . . . . . . | 17a | |
| | b | Investment expenses . . . . . . . . . . . . . | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | 0. |
| | d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| **Reconciliation** | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p . . | 18 | 62,013. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---:|---:|---:|---:|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . | | | | |
| 2a | Trade notes and accounts receivable . . | | | | |
| b | Less allowance for bad debts . . . | ( | ) | ( | ) |
| 3 | Inventories . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) . . | | | | |
| 7 | Loans to shareholders . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . | | | | |
| 9 | Other investments (attach statement) . | | | | |
| 10a | Buildings and other depreciable assets . . . | | | 19,527. | |
| b | Less accumulated depreciation . . . | ( | ) | ( 19,527. ) | 0. |
| 11a | Depletable assets . . . . . . . | | | | |
| b | Less accumulated depletion . . . . | ( | ) | ( | ) |
| 12 | Land (net of any amortization) . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . | | | | |
| b | Less accumulated amortization . . . | ( | ) | ( | ) |
| 14 | Other assets (attach statement) . . . | | | | |
| 15 | Total assets . . . . . . . . . | | | | 0. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) . . | | | | |
| 19 | Loans from shareholders . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) . . . | | | | |
| 22 | Capital stock . . . . . . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . | | | | |
| 24 | Retained earnings . . . . . . . . | | 0. | | 0. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock . . . . . . | | ( | ) | ( ) |
| 27 | Total liabilities and shareholders' equity . . . | | 0. | | 0. |

REV 02/11/20 TTBIZ

Form **1120-S** (2019)

Form 1120-S (2019)                                                                                                    Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . | 62,013. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | a | Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ | | a | Depreciation $ _____ | |
| b | Travel and entertainment $ _____ | | 7 | Add lines 5 and 6 . . . . . . . | |
| 4 | Add lines 1 through 3 . . . . . | 62,013. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 . . . . . | 62,013. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account |
|---|---|

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . | 0. | 0. | 0. | 0. |
| 2 | Ordinary income from page 1, line 21 . . . | 81,540. | | | |
| 3 | Other additions . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 21 . . . . . . . | ( ) | | | |
| 5 | Other reductions SECTION 179 EXPENSE . | ( 19,527. ) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . | 62,013. | 0. | 0. | 0. |
| 7 | Distributions . . . . . . . . . | 62,013. | 0. | 0. | 0. |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . | 0. | 0. | 0. | 0. |

**Fill in this information to identify the case**

Debtor name    **Gold and Silver Auto Sales, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**      **Current value of debtor's interest**

2. **Cash on hand**    _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. **Checking account at Wesbanco Bank** | **Checking account** | 0 5 7 3 | $3,876.87 |
| 3.2. **Checking account at Wesbanco Bank** | **Checking account** | 0 6 4 4 | $68.59 |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$3,945.46**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor  **Gold and Silver Auto Sales, LLC**                                    Case number (if known) _____
    Name

**Current value of
debtor's interest**

**7.**  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

7.1.  **Security Deposit with Theo Properties (Landlord)**                                    **$8,000.00**

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.**  **Total of Part 2.**                                                              **$8,000.00**
    Add lines 7 through 8.  Copy the total to line 81.

---

### Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ............. ➔  _____
                   face amount       doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ = ............. ➔  _____
                   face amount       doubtful or uncollectible accounts

**12.** **Total of Part 3**                                                              **$0.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

### Part 4:  Investments

**13.** **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:              % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

    Describe:

**17.** **Total of Part 4**                                                              **$0.00**
    Add lines 14 through 16.  Copy the total to line 83.

---

### Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

Debtor  **Gold and Silver Auto Sales, LLC**  Case number (if known) _____
        Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **Automobiles Held for Resale (See Attached Exhibit "A")** | 04/01/2020 | | (Cost) | $348,244.00 |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | $348,244.00 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  Examples: Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor   **Gold and Silver Auto Sales, LLC**_____   Case number (if known) _____
  Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furnishings including chairs and side tables, sofa and filing cabinets. | | | $300.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Copy Machine, 2 Computers. | | | $300.00 |
| 42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
  Add lines 39 through 42. Copy the total to line 86.

  | $600.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
  ☑ No
  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Automobile supplies, motor oil and fluids. | | | $400.00 |

51. **Total of Part 8.**
  Add lines 47 through 50.  Copy the total to line 87.

  | $400.00 |

---

Debtor    **Gold and Silver Auto Sales, LLC**                          Case number (if known) _____
          Name

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| website - https://www.automarketlaurel.com | | | $100.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **Maryland Automobile Dealer's License** | | | $0.00 |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.          **$100.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

Debtor    **Gold and Silver Auto Sales, LLC**_____    Case number (if known) _____
     Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                       **Current value of
debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    **12 auto lot signs.**_____    **$100.00**

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.    **$100.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Gold and Silver Auto Sales, LLC - Exhibit A to Schedule A/B (Inventory of Automobiles)

| | year | make | model | stock number | |
|---|---|---|---|---|---|
| 1 | 2001 | Saturn | Ls 200 | 510746 | $900.00 |
| 2 | 2017 | Subaru | Forester | 404894 | $7,319.00 |
| 3 | 2019 | Chevrolet | Malibu | 176256 | $5,794.00 |
| 4 | 2016 | Hyundai | Sonata | 300260 | $5,269.00 |
| 5 | 2015 | Vw | Golf | O67869 | $5,660.00 |
| 6 | 2016 | Dodge | Dart | 766475 | $2,059.00 |
| 7 | 2017 | Chevrolet | Sonic | 125124 | $1,829.00 |
| 8 | 2012 | Vw | Jetta | 398863 | $689.00 |
| 9 | 2011 | Nissan | 350Z | 360731 | $5,566.00 |
| 10 | 1995 | Chevrolet | S10 | 214221 | $299.00 |
| 11 | 1996 | Ford | Ranger | B10855 | $1,084.00 |
| 12 | 2017 | Nissan | Rogue | 743655 | $4,544.00 |
| 13 | 2017 | Ford | Focus | 252420 | $4,448.00 |
| 14 | 2017 | Hyundai | Elantra | 297446 | $5,169.00 |
| 15 | 2017 | Subaru | Legacy | O69074 | $5,005.00 |
| 16 | 2012 | Ford | Fusion | 241070 | $689.00 |
| 17 | 2006 | Infiniti | M35 | 113057 | $2,000.00 |
| 18 | 2017 | Kia | Forte | O36226 | $2,919.00 |
| 19 | 2017 | Subaru | Impreza | 618061 | $3,108.00 |
| 20 | 2013 | Hyundai | Veloster | 181139 | $2,609.00 |
| 21 | 2015 | Honda | Fit | 714211 | $1,599.00 |
| 22 | 2017 | Buick | Encore | 188778 | $4,419.00 |
| 23 | 2016 | Subaru | Outback | 304156 | $4,598.00 |
| 24 | 2016 | Kia | Sorento | O79037 | $8,449.00 |
| 25 | 2016 | Mitsubishi | Outlander | O10299 | $5,794.00 |
| 26 | 2013 | Hyundai | Veloster | 122169 | $1,949.00 |
| 27 | 2018 | Subaru | Crosstrek | 328405 | $7,219.00 |
| 28 | 2015 | Nissan | Juke | 566169 | $6,919.00 |
| 29 | 2019 | Subaru | Wrx | 826397 | $7,919.00 |
| 30 | 2016 | Scion | Im | 506061 | $3,659.00 |
| 31 | 2017 | Chrysler | 200 | 505495 | $4,544.00 |
| 32 | 2017 | Vw | Jetta | 352748 | $4,638.00 |
| 33 | 2010 | chevrolet | Implala | 139280 | $689.00 |
| 34 | 2016 | Mazda | 3 | 262985 | $2,919.00 |
| 35 | 2015 | Chevrolet | Malibu | 178749 | $3,031.00 |
| 36 | 2017 | Nissan | Sentra | 294833 | $3,073.00 |
| 37 | 2017 | Subaru | Legacy | 48787 | $1,895.00 |
| 38 | 2016 | Vw | Jetta | 212222 | $4,219.00 |
| 39 | 2015 | Vw | Golf | O87948 | $5,209.00 |
| 40 | 2015 | Honda | Fit | 777590 | $3,019.00 |
| 41 | 2017 | Subaru | Impreza | 712349 | $5,580.00 |
| 42 | 2013 | Vw | Jetta | 247001 | $3,119.00 |
| 43 | 2015 | Honda | Fit | 717795 | $4,288.00 |
| 44 | 2013 | Jeep | Compass | 231815 | $1,949.00 |
| 45 | 2006 | Subaru | Legacy | 328576 | $329.00 |
| 46 | 2015 | Kia | Optima | 504829 | $4,809.00 |

| | | | | |
|---|---|---|---|---|
| 47 | 2016 Subaru | Legacy | O17743 | $2,480.00 |
| 48 | 2017 Honda | Fit | OO7421 | $3,358.00 |
| 49 | 2016 Hyundai | Accent | O26611 | $1,714.00 |
| 50 | 2007 Lincoln | Mkz | 642930 | $804.00 |
| 51 | 2016 Honda | Fit | OO1696 | 2,689.00 |
| 52 | 2018 Honda | Fit | 712094 | $2,394.00 |
| 53 | 2015 Hyundai | Sonata | 229687 | $3,769.00 |
| 54 | 2017 Volvo | S60 | 133038 | $7,619.00 |
| 55 | 2015 Honda | Accord | OO6701 | $7,478.00 |
| 56 | 2015 Honda | Accord | 143108 | $5,694.00 |
| 57 | 2018 Subaru | Legacy | O25181 | $4,325.00 |
| 58 | 2016 Ford | Focus | 368180 | $2,169.00 |
| 59 | 2011 Chevrolet | Camaro | 173602 | $2,110.00 |
| 60 | 2017 Honda | Fit | 706875 | $4,723.00 |
| 61 | 2017 Nissan | Altima | 140563 | $4,119.00 |
| 62 | 2018 Honda | Civic | O21518 | $4,384.00 |
| 63 | 2008 Hyundai | Sonata | 369750 | $539 |
| 64 | 2016 Honda | cr-v | 608586 | $6,094.00 |
| 65 | 2009 Chevrolet | Hhr | 550937 | $689.00 |
| 66 | 2018 Honda | Civic | 584742 | $4,544.00 |
| 67 | 2018 Honda | Fit | 724404 | $4,219.00 |
| 68 | 2014 Chrysler | Town Country | 111144 | $4,009.00 |
| 69 | 2006 Kia | Sedona | O30343 | $4,000.00 |
| 70 | 2017 Nissan | Pathfinder | 667115 | $5,894.00 |
| 71 | 2018 Toyota | Sienna | 927411 | $12,689.00 |
| 72 | 2011 Honda | Fit | OO8279 | $1,034.00 |
| 73 | 2015 Dodge | Journey | 631738 | $2,716.00 |
| 74 | 2017 Nissan | Sentra | 320047 | $2,018.00 |
| 75 | 2017 Hyundai | Santa Fe | O11276 | $9,202.00 |
| 76 | 2015 Buick | Encore | 188445 | $3,659.00 |
| 77 | 2017 Mazda | 3 | 100410 | 2,273.00 |
| 78 | 2019 Subaru | Forester | 524282 | $6,719.00 |
| 79 | 2018 Mazda | 3 | 163276 | $1,908.00 |
| 80 | 2017 Subaru | Forester | 5438354 | $6,394.00 |
| 81 | 2019 Mitsubishi | Outlander | 47391 | $5,169.00 |
| 82 | 2015 Honda | Crosstour | OOOO71 | $3,408.00 |
| 83 | 2015 Subaru | Legacy | O39049 | $3,333.00 |
| 84 | 2017 Vw | Jetta | 297489 | $3,769.00 |
| 85 | 2017 Toyota | Corolla | 844758 | $3,848.00 |
| 86 | 2017 Chevrolet | Travers | 309516 | 5,069.00 |
| 87 | 2011 Jaguar | Xf | R88471 | 4,809.00 |
| 88 | 2018 Chevrolet | Cruze | 577042 | $5,794.00 |
| 89 | 2016 Mini | Cooper | D15501 | $1,823.00 |
| | | | | ########### |
| | | | | 348,244.00 |

Debtor  **Gold and Silver Auto Sales, LLC**                                    Case number (if known) _____
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,945.46 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $8,000.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $348,244.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $600.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $400.00 | |
| **88. Real property.** *Copy line 56, Part 9.*...............................................➤ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $100.00 | |
| **91. Total.** Add lines 80 through 90 for each column.  91a. | $361,389.46 | 91b.  $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................  **$361,389.46**

**Fill in this information to identify the case:**

Debtor name __**Gold and Silver Auto Sales, LLC**__

United States Bankruptcy Court for the: __**DISTRICT OF MARYLAND**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| Creditor's mailing address | Describe the lien | | |
| | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred _____ | | | |
| Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  _____ **$0.00**

**Fill in this information to identify the case:**

Debtor **Gold and Silver Auto Sales, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |

_____
_____
_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Gold and Silver Auto Sales, LLC**                    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$500.00** |
|---|---|---|---|

**Dealer Services**

**4751 Wilshire Boulevard, Ste 205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles**                    **CA**     **90010**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$23,560.00** |
|---|---|---|---|

**Georgi Georgiev**

**7501 Calderon Court, Unit C**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alexandria**                    **VA**     **22306**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

7501 Calderon Court, Unit C
Alexandria VA 22306

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$427.00** |
|---|---|---|---|

**Pepboys**

**3111 W Allegheny Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**                    **PA**     **19132**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$179,303.00** |
|---|---|---|---|

**Scott and Kaitlin McKay**

**(and others similarly situated)**

**The Goldson Law Office, LLC**

**1734 Elton Road, Ste 210**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Silver Spring**                    **MD**     **20903**

**Basis for the claim:**
**Judgment**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    __Gold and Silver Auto Sales, LLC_____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: **$10,000.00**
*Check all that apply.*

__The Law Office of Paul C. Balassa, LLC_____

__2138 Priest Bridge Court, Suite 1_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Crofton_____ MD    21114____

**Basis for the claim:**

__Legal Services_____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    ___ ___ ___ ___

☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: **$8,245.00**
*Check all that apply.*

__Theo Properties_____

__c/o Demetrios Theo_____

__8109 Fe Carter Road_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Laurel_____ MD    20724____

__Lease Arrearages_____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    ___ ___ ___ ___

☑ No
☐ Yes

Debtor      **Gold and Silver Auto Sales, LLC**                              Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                              **Total of claim amounts**

5a.   **Total claims from Part 1**                              5a.    _____ **$0.00**

5b.   **Total claims from Part 2**                              5b. **+** _____ **$222,035.00**

5c.   **Total of Parts 1 and 2**                               5c.    _____ **$222,035.00**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Gold and Silver Auto Sales, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Office Management Contract** | **G&G International** |
| | | | **7501 Calderon Court, Unit C** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alexandria          VA      22306** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Automobile Dealership Contract to be ASSUMED** | **Theo Properties** |
| | | | **8109 Fe Carter Road** |
| | State the term remaining | **60 payment(s)** | |
| | List the contract number of any government contract | | **Laurel          MD      20724** |

**Fill in this information to identify the case:**

Debtor name          **Gold and Silver Auto Sales, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Gold and Silver Auto Sales, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................ | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................. | **$361,389.46**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................. | **$361,389.46**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................. | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................... | **+  $222,035.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................... | **$222,035.00**

**Fill in this information to identify the case and this filing:**

Debtor Name  __**Gold and Silver Auto Sales, LLC**__

United States Bankruptcy Court for the: __**DISTRICT OF MARYLAND**__

Case number
(if known)  _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule  _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**04/28/2020**__          X  __/s/ Sotir P. Galabov__
      MM / DD / YYYY                 Signature of individual signing on behalf of debtor

 

__**Sotir P. Galabov**__
Printed name

__**Managing Member**__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Gold and Silver Auto Sales, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1.  Gross revenue from business**

☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$198,500.14** |
| **For prior year:** | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,897,828.00** |
| **For the year before that:** | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,402,333.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be
adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **Gold and Silver Auto Sales, LLC** _____    Case number (if known) _____
            Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | McKay et al. v. Gold and Silver Auto Sales, LLC | Civil Action/Maryland Consumer Protection Act | Circuit Court for Prince George's Cour<br>Name<br><br>Street<br><br><br>City            State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Case number
00488

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  **Gold and Silver Auto Sales, LLC**                                    Case number (if known) _____
             Name

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.** **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohen, Baldinger & Greenfeld, LLC** | | **4/2020** | **$10,000.00** |

**Address**

_____
Street

_____

_____
City                    State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12.** **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 3

Debtor    **Gold and Silver Auto Sales, LLC**                                              Case number (if known) _____
             Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑  None

| Part 7: | Previous Locations |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑  Does not apply

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐  No.
☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No.  Go to Part 10.
☐  Yes.  Does the debtor serve as plan administrator?
☐  No.  Go to Part 10.
☐  Yes.  Fill in below:

Debtor    __Gold and Silver Auto Sales, LLC_____    Case number (if known) _____
        Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | **Gold and Silver Auto Sales, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | |
|---|---|---|---|
| 26a.1.  **Leandro Marinho** | | From   2010   To   2020 | |
| Name | | | |
| **Centro Latino de Finanzas** | | | |
| Street | | | |
| **11401 Grandview Ave, Suite 6** | | | |
| **Silver Spring** | **MD** | **20902** | |
| City | State | ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sotir P Galubov** | **19562 Ridge Heights Drive Gaithersburg, MD 20879** | **Managing Member** | **100%** |

Debtor **Gold and Silver Auto Sales, LLC**
Name

Case number (if known) _____

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Sotir P. Galabov** <br> Name | **Draws** <br> **$75,000.00** | | |

Street _____

City _____ State ____ ZIP Code ____

**Relationship to debtor**

**Owner**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/28/2020**
        MM / DD / YYYY

**X /s/ Sotir P. Galabov**                                      Printed name  **Sotir P. Galabov**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Gold and Silver Auto Sales, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Scott and Kaitlin McKay (and others similarly situated) The Goldson Law Office, LLC 1734 Elton Road, Ste 210 | | Judgment | Disputed | | | $179,303.00 |
| 2 | Georgi Georgiev 7501 Calderon Court, Unit C Alexandria VA 22306 | | Business Debt | | | | $23,560.00 |
| 3 | The Law Office of Paul C. Balassa, LLC 2138 Priest Bridge Court, Suite 1 Crofton, Maryland 21114 | | Legal Services | | | | $10,000.00 |
| 4 | Theo Properties c/o Demetrios Theo 8109 Fe Carter Road Laurel, MD 20724 | | Lease Arrearages | | | | $8,245.00 |
| 5 | Dealer Services 4751 Wilshire Boulevard, Ste 205 Los Angeles, CA 90010 | | Business Debt | | | | $500.00 |

Debtor **Gold and Silver Auto Sales, LLC**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6   Pepboys 3111 W Allegheny Avenue Philadelphia, PA 19132 | | Business Debt | | | | $427.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:    **Gold and Silver Auto Sales, LLC**                    CASE NO

                                                                                                       CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/28/2020                                    Signature  _/s/ Sotir P. Galabov_
                                                                                   _Sotir P. Galabov_
                                                                                   _Managing Member_

Date                                                        Signature

Dealer Services
4751 Wilshire Boulevard, Ste 205
Los Angeles, CA 90010


G&G International
7501 Calderon Court, Unit C
Alexandria VA 22306


Georgi Georgiev
7501 Calderon Court, Unit C
Alexandria VA 22306


Pepboys
3111 W Allegheny Avenue
Philadelphia, PA 19132


Scott and Kaitlin McKay
(and others similarly situated)
The Goldson Law Office, LLC
1734 Elton Road, Ste 210
Silver Spring, MD 20903

The Law Office of Paul C. Balassa, LLC
2138 Priest Bridge Court, Suite 1
Crofton, Maryland 21114


Theo Properties
c/o Demetrios Theo
8109 Fe Carter Road
Laurel, MD 20724


Theo Properties
8109 Fe Carter Road
Laurel MD 20724

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:                                                    CHAPTER   **11**

**Gold and Silver Auto Sales, LLC**

DEBTOR(S)                                                CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Sotir P. Galabov 19562 Ridge Heights Drive Gaithersburg MD 20879 | Membership interest | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**4/28/2020**_____          Signature: __**/s/ Sotir P. Galabov**_____
                                                          *Sotir P. Galabov*
                                                          **Managing Member**