UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| GOLD AND SILVER AUTO SALES, LLC, | :  Case No. 20-14710 |
| | :  Chapter 11 |
| Debtor. | : |
| _____ | : |

## APPLICATION BY DEBTOR-IN-POSSESSION
## TO RETAIN LAW FIRM OF
## COHEN BALDINGER & GREENFELD, LLC UNDER GENERAL RETAINER

The application of Gold and Silver Auto Sales, LLC (the "Debtor"), respectfully represents:

1. On April 28, 2020, the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

2. The Debtor has continued in possession of his property, and as debtor-in-possession, is continuing to manage his affairs.

3. The Debtor is a Maryland limited liability company which operates an automobile dealership in Laurel, Maryland.

4. The Debtor, as debtor-in-possession, wishes to employ the law firm of Cohen Baldinger & Greenfeld, LLC to represent it in these proceedings. More specifically, Debtor wishes to employ Augustus T. Curtis, a member of said law firm duly admitted to practice in the District of Maryland and in this Court.

5. Your applicant has selected said law firm and member for the reason that the law firm has had considerable experience in matters of this character, and Debtor believes that Augustus T. Curtis is well-qualified to represent it as debtor in possession in this proceeding.

6. The professional services that Cohen Baldinger & Greenfeld, LLC has agreed to render include:

  (a) to give debtor legal advice with respect to its powers and duties as debtor in possession in the continued operation of its business and management of its property;

  (b) to prepare on behalf of your applicant as debtor in possession necessary applications, answers, orders, reports and other legal papers; and

  (c) to perform all other legal services for debtor as debtor in possession which may be necessary herein.

 7. It is necessary for the debtor as debtor in possession to employ an attorney for such professional services.

 8. To the best of debtor's knowledge, said law firm and its members have no connection with the creditors, or any other party in interest, or their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

 9. Your applicant desires to employ the law firm of CBG under a general retainer because of the legal services required. CBG has agreed to be compensated based on the firm=s normal hourly rates, subject to the approval of this Court after notice and the opportunity for hearing.  CBG's normal rates are currently four hundred twenty-five dollars ($425.00) per hour for services provided by Augustus T. Curtis.  The Debtor has placed a deposit of $10,000 into escrow with CBG, and CBG will bill against that retainer in connection with its services subject to approval of a fee application by the Court.

 10. The firm of Cohen Baldinger & Greenfeld, LLC, and its members, represent no interest adverse to debtor as debtor in possession or the estate except as specifically disclosed herein in the matters upon which it is to be engaged for the debtor as debtor in possession, and its

employment would be in the best interests of the estate.

WHEREFORE, the premises considered, it is prayed that this Honorable Court enter an Order allowing the retention of the law firm of Cohen Baldinger & Greenfeld, LLC, under a general retainer to represent the debtor, and that it may have such other and further relief as is just.

        Respectfully submitted,

        COHEN BALDINGER & GREENFELD, LLC


        By: */s/ Augustus T. Curtis*
            Augustus T. Curtis # 26653
            2600 Tower Oaks Boulevard, Ste. 103
            Rockville, MD 20852
            (301) 881-8300
            Counsel for Debtor-in-Possession

## **CERTIFICATE OF SERVICES**

I hereby certify that a copy of the foregoing Application, along with a copy of the proposed Order, was served this 28th day of April, 2020, via United States Mail, postage prepaid, addressed to the following:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt MD 20770

                                             /s/Augustus T. Curtis
                                             Augustus T. Curtis