UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| GOLD AND SILVER AUTO SALES, LLC, | :   Case No. 20-14710 |
| | :   Chapter 11 |
| Debtor. | : |
| _____ | : |

MOTION FOR EXTENSION OF TIME TO SUBMIT DOCUMENTS
REQUIRED OF SMALL BUSINESS DEBTOR

Gold and Silver Auto Sales, LLC (the "Debtor"), by and through its counsel of record, Cohen, Baldinger & Greenfeld, LLC, respectfully represents as follows:

1. The Debtor's petition under Chapter 11 was filed in the above-captioned case on April 28, 2020.

2. The Debtor is a small business debtor as defined in Section 101(51D) of the United States Bankruptcy Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code"), and the present case is a small business case as defined in Section 101(51C) of the Bankruptcy Code.

3. Pursuant to Section 1116(1) of the United States Bankruptcy Code, a small business debtor is required to file with the petition certain documents, including its most recent Federal income tax returns, balance sheets, statement of operations, cash-flow statements, and other documents.

4. The Debtor has filed with the Voluntary Petition its 2019 Federal tax return. The Debtor requests herein an extension of time for filing its remaining small business documents through and including May 8, 2020. The Debtor has not yet obtained the financial documents required to be filed from its accounting professionals, but it was necessary that the Debtor file the case promptly due to potential collection actions by creditors.

     5.     The Debtor has requested that its accountant provide the required documents promptly, and will seek to file the required documents by May 8, 2020.

     6.     The meeting of creditors pursuant to §341 has not yet been scheduled in the case. The Debtor submits that granting the requested extension will not cause prejudice to any party.

WHEREFORE, the premises considered, the Debtor prays that this Honorable Court extend the time for filing of the aforesaid documents through and including May 8, 2020, and that the Court grant such other and further relief as is just.

Respectfully submitted,

COHEN, BALDINGER & GREENFELD, LLC

By: */s/ Augustus T. Curtis* .
Augustus T. Curtis (Bar #26653)
2600 Tower Oaks Boulevard, Suite 103
Rockville, MD 20852
(301) 881-8300
Counsel for Debtor-in-Possession

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served via United States mail, postage prepaid, to the following, this 28th day of April, 2020:

Office of the United States Trustee
6305 Ivy Lane, Ste 600
Greenbelt, MD 20770

Dated: April 28, 2020.

/s/ Augustus T. Curtis            .
Augustus T. Curtis