**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **In re:** <br><br> **Gold and Silver Auto Sales, LLC** <br><br><br> **Debtor** | Case No. 20-14710-TJC <br> Chapter 11 |

**NOTICE OF APPEARANCE OF COUNSEL FOR
<u>UNITED STATES TRUSTEE FOR REGION 4</u>**

To the Clerk of the Court:

    Kindly enter the appearance of L. Jeanette Rice as counsel for the United States Trustee for Region 4 in this case.

Dated: April 28, 2020          **JOHN P. FITZGERALD III**
                                              Acting United States Trustee for Region 4
                                              By Counsel:


                                              */s/ L. Jeanette Rice*_____
                                              L. Jeanette Rice, Bar No. 12933
                                              Assistant United States Trustee
                                              6305 Ivy Lane, Suite 600
                                              Greenbelt, MD  20770
                                              Telephone: (301) 344-6216
                                              Fax: (301) 344-8431
                                              Email: Jeanette.rice@usdoj.gov