UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re | : | |
| | : | |
| GOLD AND SILVER AUTO SALES, LLC, | : | Case No. 20-14710-TJC |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | |

**APPLICATION BY DEBTOR TO RETAIN THE LAW OFFICES
OF PAUL C. BALASSA, LLC AS SPECIAL COUNSEL**

The application of Gold and Silver Auto Sales, LLC (the "Debtor"), seeking to employ The Law Office of Paul C. Balassa, LLC ("Balassa") as special litigation counsel, respectfully represents as follows:

1. On April 28, 2020, the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The Debtor is a limited liability organized under the laws of the State of Maryland, operating a vehicle dealership in Laurel Maryland.

2. Since filing the case, the Debtor has continued in possession of its property, and as debtors- in-possession, is continuing to manage its affairs in this case.

3. Prior to the commencement of the bankruptcy case, the Debtor was a party to certain putative class action litigation in the Circuit Court for Prince George's County entitled McKay et al. v. Gold and Silver Auto Sales, LLC, Case No. 00488 (the "Class Action Litigation"). In the Class Action Litigation, the plaintiff and similarly situated individuals sought damages for violations of the Maryland Consumer Protection Act and related causes of action.

4. On or about March 10, 2020, the Circuit Court entered judgment in favor of the plaintiffs in the amount of $179,303.00. The Debtor filed a notice of appeal from that decision on

-1-

April 6, 2020.

5. Balassa represented Debtor as its attorney in the Class Action Litigation. In this Motion, the Debtor seeks approval to employ Balassa as special counsel in connection with the Debtor's appeal from the decision of the Circuit Court.

6. The Debtor has selected said law firm and attorney for the reason that the firm has considerable experience in matters of this character, and the Debtor believes the firm is able to represent it regarding its appeal.

7. The outcome of the appeal is vital to the success of the present Chapter 11 case. McKay and the similarly situated class of plaintiffs are the largest creditor body of the Debtor. The judgement in their favor was the single largest factor precipitating the bankruptcy case. The Debtor believes it holds good and valid defenses to the Class Action Litigation, and it is vital to the prospects of reorganization that the Debtor be able to employ an attorney for professional services needed in connection with such claims.

8. To the best of Debtor's knowledge, said law firm and its members have no connection with the creditors, or any other party in interest, or their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, aside from those described in this motion and in the Declaration of Balassa filed herewith.

9. The Debtor desires to employ the law firm under an hourly fee agreement, with its fees subject to approval by the Court. The hourly billing rate for Balassa in the appeal shall be $325 per hour. The Debtor has agreed to pay Balassa an initial retainer of $1,500 in connection with the appeal, in addition to any reasonable costs incurred in connection with the litigation.

10. Balassa is aware that all compensation and reimbursement of expenses are subject to the approval of the Bankruptcy Court after proper notice and the opportunity for hearing.

11. Balassa does not represent any interest adverse to the Debtor or the estate in the matters upon which he is to be engaged. Balassa incurred unpaid attorneys' fees from the Debtor prior to the filing of this case in the amount of $30,279.90. Balassa, however, has agreed to waive its right to such fees in connection with this application, and accordingly, the Debtor is not obligated to Balassa for any pre-petition fees or costs.

12. The Debtor submits that the employment of Balassa is in the best interests of the estate, and the Debtors respectfully request the Court grant this application.

WHEREFORE, the premises considered, it is prayed that this Honorable Court enter an Order allowing the retention of the law firm of Paul C. Balassa as special litigation counsel for the Debtor, and that the Debtor have such other and further relief as the Court determines is just and proper in the circumstances.

Respectfully submitted,

COHEN BALDINGER & GREENFELD, LLC

By: /s/Augustus T. Curtis
Augustus T. Curtis (Fed Bar No #26653)
2600 Tower Oaks Boulevard, Ste 103
Rockville, MD 20852
(301) 881-8300
Counsel for Debtor

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Application, along with a copy of the Declaration of Counsel and a proposed Order, were served electronically via the CM/ECF system, this 1st day of August, 2020, to the Office of the United States Trustee.

                                    /s Augustus T. Curtis
                                    Augustus T. Curtis