UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re                                          :
                                               :
GOLD AND SILVER AUTO SALES, LLC,               :    Case No. 20-14710-TJC
                                               :    Chapter 11
            Debtor.                            :
                                               :

## DECLARATION OF PROPOSED ATTORNEY

I, Paul C. Balassa, hereby make solemn oath:

1. I am an attorney duly admitted to practice in the State of Maryland.

2. I am the principal of the law firm of The Law Office of Paul C. Balassa, LLC, which maintains an office for the practice of law at 2138 Priest Bridge Court, Suite 1 Crofton, Maryland 21114.

3. Neither I nor the law firm have any connection with the above-named Debtor, their creditors, or any other party in interest herein, or their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than as disclosed in this Declaration and in the Application for Authority to Employ the firm.

4. Prior to commencement of this case, I have represented the Debtor in connection with the proceedings concerning which it seeks assistance in bringing an appeal. For my pre-bankruptcy work, I have incurred unpaid attorneys' fees in the amount of $30,279.90. I have agreed to waive my right to such fees. Accordingly, the Debtor does not owe any balance of fees or costs to this law firm arising from such representation.

5. In addition, I represented the Debtor in connection with certain litigation in the District Court for Prince George's County Maryland entitled <u>Gold and Silver Auto Sales, LLC v.</u>

United Road Services, Inc., Case No. 050200333382019. That case was settled prior to the filing of the bankruptcy case, and I am not owed any fees in connection with the case.

6. I do not represent any interest adverse to the Debtor herein or the estate in the matters upon which I am to be engaged.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Date: July 20, 2020

Paul C. Balassa