Fill in this information to identify the case:

Debtor Name: Gold & Silver Auto Sales, LLC

United States Bankruptcy Court for the: District of Maryland

Case number: 20-14710

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 09/2020

Date report filed: 11/16/2020 (MM/DD/YYYY)

Line of business: SALES

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Sonix Galabr

Original signature of responsible party: [signature]

Printed name of responsible party: Sonia Galabov

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Gold & Silver Auto Sales LLC    Case number 20-14710

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 13,813.00

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 39,892.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 45,238.00

22. **Net cash flow**   + $ -5,346.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 8,467.00

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    (Exhibit E)

Debtor Name  Gold & Silver Auto Sales LLC                            Case number 20-14710

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?  1
27. What is the number of employees as of the date of this monthly report?  1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?  $ 800.00
31. How much have you paid in total other professional fees since filing the case?  $ 6,300.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 70,000.00 | − | $ 39,892.00 | = | $ 30,108.00 |
| 33. **Cash disbursements** | $ 66,700.00 | − | $ 45,238.00 | = | $ 21,465.00 |
| 34. **Net cash flow** | $ 3,300.00 | − | $ -5,346.00 | = | $ -8,646.00 |

35. Total projected cash receipts for the next month:  $ 75,000.00
36. Total projected cash disbursements for the next month:  − $ 71,400.00
37. Total projected net cash flow for the next month:  = $ 3,600.00

Debtor Name  Gold & Silver Auto Sales LLC            Case number 20-14710

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** Gold & Silver Auto Sales            **Case Number:** 20-14710
**Date Case was filed:** 4/28/2020

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date. It serves as a running total of overall receipts, disbursements and net cash flow for the case.

| Year: | | | | Year: | | | |
|---|---|---|---|---|---|---|---|
| | Receipts | Disb | Net | | Receipts | Disb | Net |
| Jan | | | 0 | | | | 0 |
| Feb | | | 0 | | | | 0 |
| Mar | | | 0 | | | | 0 |
| Apr | | | 0 | | | | 0 |
| May | 30,945 | 24,026 | 6,919 | | | | 0 |
| Jun | 78,719 | 55,120 | 23,599 | | | | 0 |
| Jul | 34,786 | 43,958 | (9,172) | | | | 0 |
| Aug | 38,565 | 48,002 | (9,437) | | | | 0 |
| Sep | 39,892 | 45,238 | (5,346) | | | | 0 |
| Oct | | | 0 | | | | 0 |
| Nov | | | 0 | | | | 0 |
| Dec | | | 0 | | | | 0 |
| TOTAL | 222,907 | 216,344 | 6,563 | | 0 | 0 | 0 |

Gold & Silver Auto Sales LLC
September 2020 Operating Report
Exhibit C - Cash Receipts

| Date | Amount | Source |
| --- | --- | --- |
| 09/01/20 | $5,500.00 | Sale |
| 09/08/20 | $7,197.00 | Sale |
| 09/10/20 | $300.00 | Sale |
| 09/15/20 | $3,226.00 | Sale |
| 09/15/20 | $3,350.00 | Sale |
| 09/16/20 | $86.00 | Sale |
| 09/17/20 | $13,770.00 | Sale |
| 09/18/20 | $2,500.00 | Sale |
| 09/21/20 | $161.00 | Sale |
| 09/28/20 | $3,800.00 | Sale |
| TOTAL | $39,890.00 | |

Gold & Silver Auto Sales, LLC
September 2020 Operating Report

Exhibit D - Cash Disbursements

| Date | Amount | Check No. | Payee | Description |
|---|---|---|---|---|
| 9/1/20 | $540.00 | 1631 | O. French | Detailing |
| 9/1/20 | $15.00 | n/a | MVA | CVR Fees |
| 9/2/20 | $6,800.00 | 1599 | S. Galabov | Salary |
| 9/2/20 | $750.00 | 1629 | O. French | Detailing |
| 9/3/20 | $2,000.00 | n/a | Capital One | Credit Card |
| 9/4/20 | $412.00 | 1630 | C. Lantis | Body Work |
| 9/8/20 | $2,100.00 | 1635 | G&G Intl. | Consulting |
| 9/8/20 | $16.00 | n/a | Wesbanco | Wire Tr. Fee |
| 9/9/20 | $6,500.00 | 1616 | Theo Prop. | Rent |
| 9/9/20 | $615.00 | 1636 | O. French | Detailing |
| 9/10/20 | $2,144.00 | n/a | Capital One | Credit Card |
| 9/10/20 | $768.00 | n/a | Potomac Elect | Utilities |
| 9/11/20 | $15.00 | n/a | MVA | CVR Fees |
| 9/14/20 | $1,447.00 | 1640 | G&G Intl. | Consulting |
| 9/14/20 | $676.00 | 1643 | G&G Intl. | Consulting |
| 9/15/20 | $480.00 | 1641 | O. French | Detailing |
| 9/15/20 | $62.00 | n/a | MVA | CVR Fees |
| 9/15/20 | $695.00 | n/a | BGE | Utilities |
| 9/18/20 | $15.00 | n/a | MVA | CVR Fees |
| 9/21/20 | $3,531.00 | 1642 | G&G Intl. | Consulting |
| 9/21/20 | $15.00 | n/a | MVA | CVR Fees |
| 9/21/20 | $1,852.00 | n/a | Capital One | Credit Card |
| 9/23/20 | $1,937.00 | 1645 | Speed Auto | Repair of Vehicle |
| 9/23/20 | $2,123.00 | 1646 | G&G Intl. | Consulting |
| 9/24/20 | $15.00 | n/a | MVA | CVR Fees |
| 9/24/20 | $1,950.00 | n/a | Capital One | Credit Card |
| 9/28/20 | $800.00 | 1649 | Paul Balassa | Attorneys Fees |
| 9/28/20 | $2,887.00 | 1650 | G&G Intl. | Consulting |
| 9/28/20 | $680.00 | 1651 | J. Franco | Parts |
| 9/28/20 | $1,000.00 | 1653 | Fustner | Rental Auto Reimb |
| 9/29/20 | $720.00 | 1644 | O. French | Detailing |
| 9/29/20 | $521.00 | 1648 | C. Lantis | Body Work |
| 9/29/20 | $742.00 | 1073 | O. French | Detailing |
| 9/30/20 | $400.00 | 1654 | MBA Towing | Tow of Vehicle |
| 9/30/20 | $15.00 | n/a | Wesbanco | Bank Fees |

TOTAL     $45,238.00



```
WESBANCO BANK INC
AIRPARK OFFICE
7601 AIRPARK RD SUITE I
GAITHERSBURG MD 20879
   TELEPHONE 301-355-0125
```



```
            GOLD AND SILVER AUTO SALES LLC
            T/A AUTO MARKET
            HOLD ADDRESS UNKNOWN
            C/O CIF
            00000 00 00000
```

STATEMENT DATE  
09/30/20

ACCOUNT NUMBER

```
PG   1
   20
                                                              HOLDF      CYCLE-031
   *** CHECKING *** BUSINESS FIRST CK
   ACCOUNT NUMBER
   PREVIOUS STATEMENT BALANCE AS OF 08/31/20 .......................  13,775.47
      PLUS     7 DEPOSITS AND OTHER CREDITS  .......................  39,346.00
      LESS    34 CHECKS AND OTHER DEBITS     .......................  45,516.78
   CURRENT STATEMENT BALANCE AS OF 09/30/20  .......................   7,604.69
   NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
----------------------------------------------------------------------------
   *** CHECK TRANSACTIONS ***
      SERIAL   DATE       AMOUNT         SERIAL    DATE       AMOUNT
       1599    09/02     6,800.00         1643    09/14       676.00
       1616*   09/09     6,500.00         1644    09/29       720.00
       1629*   09/02       750.00         1645    09/23     1,937.00
       1630    09/04       412.00         1646    09/23     2,123.00
       1631    09/01       540.00         1648*   09/29       521.00
       1635*   09/08     2,100.00         1649    09/28       800.00
       1636    09/09       615.00         1650    09/28     2,887.00
       1640*   09/14     1,447.00         1651    09/28       680.00
       1641    09/15       480.00         1653*   09/28     1,000.00
       1642    09/21     3,531.00         1654    09/30       400.00
----------------------------------------------------------------------------
   *** CHECKING ACCOUNT TRANSACTIONS ***
   DATE           DESCRIPTION                  DEBITS        CREDITS
   09/01 REMOTE DEPOSIT CAPTURE                              5,500.00
   09/02 AC-CVR            -FEES                 15.00
   09/03 AC-CAPITAL ONE    -MOBILE PMT        2,000.00
   09/09 XFER FROM ACCT CK-XXXXXXXX0644                      7,200.00
   09/10 AC-POTOMAC ELECTRIC-BILLPAY            768.54
   09/10 AC-CAPITAL ONE    -MOBILE PMT        2,144.00
   09/11 AC-CVR            -FEES                 15.00
   09/15 REMOTE DEPOSIT CAPTURE                              3,226.00
   09/15 REMOTE DEPOSIT CAPTURE                              3,350.00
   09/15 AC-CVR            -BILLING              61.60
   09/15 AC-BALTIMORE GAS AN-BILLPAY            695.79
   09/17 REMOTE DEPOSIT CAPTURE                             13,770.00
   09/18 REMOTE DEPOSIT CAPTURE                              2,500.00
   09/18 AC-CVR            -FEES                 15.00
   09/21 AC-CVR            -FEES                 15.00
   09/21 AC-CAPITAL ONE    -MOBILE PMT        1,852.85
   09/24 AC-CVR            -FEES                 15.00
   09/24 AC-CAPITAL ONE    -MOBILE PMT        1,950.00
   09/28 REMOTE DEPOSIT CAPTURE                              3,800.00
   09/28 XFER TO ACCT   CK-XXXXXXXX0644         800.00
   09/30 XFER TO ACCT   CK-XXXXXXXX0644         250.00
----------------------------------------------------------------------------
   *** BALANCE BY DATE ***
   08/31   13,775.47   09/01   18,735.47   09/02   11,170.47   09/03    9,170.47
   09/04    8,758.47   09/08    6,658.47   09/09    6,743.47   09/10    3,830.93
   09/11    3,815.93   09/14    1,692.93   09/15    7,031.54   09/17   20,801.54
   09/18   23,286.54   09/21   17,887.69   09/23   13,827.69   09/24   11,862.69
   09/28    9,495.69   09/29    8,254.69   09/30    7,604.69
```

Please Reconcile Promptly  
Important information on last page including  
inquiry procedures involving electronic transactions



WESBANCO BANK INC
AIRPARK OFFICE
7601 AIRPARK RD SUITE I
GAITHERSBURG MD 20879
   TELEPHONE 301-355-0125



**WesBanco Statement**

STATEMENT DATE
09/30/20

GOLD AND SILVER AUTO SALES LLC
DBA AUTO MARKET
WIRE ACCOUNT
HOLD ADDRESS UNKNOWN
C/O CIF
00000 00 00000

ACCOUNT NUMBER

```
PG   1
     2                                                       HOLDF     CYCLE-031
*** CHECKING *** BUSINESS FIRST CK
ACCOUNT NUMBER
PREVIOUS STATEMENT BALANCE AS OF 08/31/20 ....................        38.03
   PLUS    6  DEPOSITS AND OTHER CREDITS   ....................     8,796.08
   LESS    3  CHECKS AND OTHER DEBITS      ....................     7,958.00
   LESS       CYCLE SERVICE CHARGE         ....................        15.00
CURRENT STATEMENT BALANCE AS OF 09/30/20  ....................       861.11
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
------------------------------------------------------------------------------
       *** CHECK TRANSACTIONS ***
       SERIAL   DATE       AMOUNT        SERIAL    DATE         AMOUNT
        1073   09/29       742.00
------------------------------------------------------------------------------
       *** CHECKING ACCOUNT TRANSACTIONS ***
    DATE     DESCRIPTION                     DEBITS          CREDITS
    09/08  WIRE TRANSFER - 000086                           7,197.00
    09/08  WIRE TRANSFER FEE - 000086        16.00
    09/09  XFER TO ACCT     CK-XXXXXXXX0573  7,200.00
    09/10  AC-Square Inc      -200910P2                       300.93
    09/16  AC-Square Inc      -200916P2                        86.29
    09/21  AC-Square Inc      -200921P2                       161.86
    09/28  XFER FROM ACCT CK-XXXXXXXX0573                     800.00
    09/30  XFER FROM ACCT CK-XXXXXXXX0573                     250.00
    09/30  CYCLE SERVICE CHARGE              15.00
------------------------------------------------------------------------------
       *** BALANCE BY DATE ***
    08/31      38.03  09/08   7,219.03  09/09       19.03  09/10     319.96
    09/16     406.25  09/21     568.11  09/28    1,368.11  09/29     626.11
    09/30     861.11
```

Please Reconcile Promptly
Important information on last page including
inquiry procedures involving electronic transactions





## Capital One

Page 2 of 3
Visa Signature Account Ending in 2683
Aug. 23, 2020 - Sep. 22, 2020 | 31 days in Billing Cycle

### Transactions

Visit www.capitalone.com to see detailed transactions.

**SOTIR P GALABOV #2683: Payments, Credits and Adjustments**

| Date | Description | Amount |
|---|---|---|
| Aug 25 | CAPITAL ONE MOBILE PYMTAuthDate 25-Aug | - $2,000.00 |
| Aug 25 | Payment received. Thank you! | - $5,000.00 |
| Aug 26 | ROCK AUTOMADISONWI | - $98.86 |
| Aug 28 | HERB GORDON SUBARUSILVER SPRINGMD | - $14.48 |
| Sep 2 | CAPITAL ONE MOBILE PYMTAuthDate 02-Sep | - $2,000.00 |
| Sep 3 | Payment received. Thank you! | - $3,200.00 |
| Sep 4 | JASPER JONES AUTO PARTS ADANDRIDGETN | - $61.25 |
| Sep 8 | Payment received. Thank you! | - $2,000.00 |
| Sep 8 | MCCARTY AUTO PARTS INCHAZLEHURSTGA | - $50.00 |
| Sep 9 | CAPITAL ONE MOBILE PYMTAuthDate 09-Sep | - $2,144.00 |
| Sep 16 | Payment received. Thank you! | - $1,740.00 |
| Sep 19 | CAPITAL ONE MOBILE PYMTAuthDate 19-Sep | - $1,852.85 |

**GEORGI I GEORGIEV #5457: Credits**

| Date | Description | Amount |
|---|---|---|
| Aug 27 | TRUECAR800-200-2000CA | - $1,290.32 |

**SOTIR P GALABOV #2683: Transactions**

| Date | Description | Amount |
|---|---|---|
| Aug 22 | 7-ELEVEN 32961GAITHERSBURGMD | $17.99 |
| Aug 24 | WAWA 8513    00085134FREDERICKMD | $14.30 |
| Aug 24 | LAUREL KIALAURELMD | $110.84 |
| Aug 24 | STAPLES     0C115170LAURELMD | $60.40 |
| Aug 24 | SHEETZ 0221  00002212BEALETONVA | $29.55 |
| Aug 25 | ROCK AUTOrockauto.comWI | $207.32 |
| Aug 25 | HERB GORDON SUBARU301-890-5462MD | $39.28 |
| Aug 25 | ROCK AUTOrockauto.comWI | $19.24 |
| Aug 26 | SINGLE SOURCE 9163LAURELMD | $2,078.34 |
| Aug 26 | WAWA 8513    00085134FREDERICKMD | $10.91 |
| Aug 27 | HERB GORDON SUBARU301-890-5462MD | $183.60 |
| Aug 28 | 1394 LKQ BALTIMORE410-401-2060MD | $311.00 |
| Aug 28 | ALL FOREIGN AUTO PARTSPITTSBURGHPA | $425.00 |

### Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Aug 28 | EXXONMOBIL 99540171GAITHERSBURGMD | $9.99 |
| Aug 28 | IAA - REG708-492-7000IL | $200.00 |
| Aug 31 | JEFFERSON CITGOFREDERICKMD | $11.99 |
| Aug 31 | HERB GORDON SUBARU301-890-5462MD | $51.43 |
| Aug 31 | KSI AUTO PARTS 51MD4107129580MD | $321.00 |
| Aug 31 | EXXONMOBIL  99575649SILVER SPRINGMD | $9.10 |
| Sep 1 | 1394 LKQ BALTIMORE410-401-2060MD | $170.00 |
| Sep 1 | 1394 LKQ BALTIMORE410-401-2060MD | $2,055.00 |
| Sep 2 | REMINGTON AUTO SALVAGE INEAU CLAIREWI | $460.00 |
| Sep 2 | ELITE USED AUTO PARTSTAMPAFL | $75.00 |
| Sep 2 | WALDORF TIRE301-645-1411MD | $234.44 |
| Sep 2 | CUNNINGHAM BROS AUTORUSTBURGVA | $400.00 |
| Sep 2 | BP#9375908LAUREL LAKES BLAURELMD | $6.00 |
| Sep 3 | ROCK AUTOrockauto.comWI | $318.29 |
| Sep 3 | AUCTIONACCESS RENEWALWWW.AUCTIONACAL | $99.00 |
| Sep 3 | ROYAL FARMS #244LAURELMD | $11.04 |
| Sep 4 | JASPER JONES AUTO PARTS A865-3973944TN | $61.25 |
| Sep 4 | MCCARTY AUTO PARTS INC912-375-2675GA | $50.00 |
| Sep 4 | ROYAL FARMS #244LAURELMD | $9.98 |
| Sep 5 | Microsoft*Microsoft 365 Pmsbill.infoWA | $6.99 |
| Sep 5 | LOWES #01188*LAURELMD | $3.81 |
| Sep 7 | SUNOCO 0735098600BELTSVILLEMD | $6.99 |
| Sep 7 | VZWRLSS*IVR VB800-9220204GA | $28.50 |
| Sep 8 | LOWES #01188*LAURELMD | $3.81 |
| Sep 8 | SAFETY RESTORE INC8555527233MA | $750.00 |
| Sep 8 | BP#9375908LAUREL LAKES BLAURELMD | $9.90 |
| Sep 8 | WAWA 8513    00085134FREDERICKMD | $9.18 |
| Sep 9 | ROCK AUTOrockauto.comWI | $112.33 |
| Sep 9 | WALDORF TIREWALDORFMD | $93.78 |
| Sep 9 | WALDORF TIRE301-645-1411MD | $173.48 |
| Sep 9 | MD STATE POLICE SALVAGE410-7687388MD | $25.00 |
| Sep 9 | MD STATE POLICE SALVAGE410-7687388MD | $25.00 |

Transactions continue on the back of this page

