Entered: December 9th, 2020
Signed: December 8th, 2020

**SO ORDERED**

A Status Conference shall be held on January 6, 2021 at 10:00 am by Zoom or Telephone Conference.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **20–14710 – TJC**    Chapter: **11**

**Gold and Silver Auto Sales, LLC**
Debtor

## ORDER SETTING STATUS CONFERENCE

After examination of the record, it appears to the Court that Debtor has not filed a plan within the period established pursuant to 11 U.S.C. § 1121. The Court determines that this is an appropriate case for the Court to conduct a status conference pursuant to 11 U.S.C. § 105(d).

The status conference will be held on the date and time set forth above, in Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

At the status conference the Court will take up the following matters:

1. Establishment of a date for the filing by the debtor of a disclosure statement and plan.

2. Increasing the periods set out in 11 U.S.C. § 1121.

3. Conversion of this case to another chapter.

No later than fourteen (14) days before the scheduled hearing, counsel for the debtor shall serve a copy of this order upon the United States Trustee, all secured creditors or their counsel of record, and the ten (10) largest unsecured creditors or their counsel of record.

SO ORDERED:

cc:   Debtor
      Attorney for Debtor – Augustus T Curtis

### End of Order

04x11a (rev. 09/10/2020) – aharris