UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GOLD AND SILVER AUTO SALES, LLC | ) | Case No. 20-14710-TJC |
| | ) | Chapter 11 |
| Debtor. | ) | |

## MOTION TO CONVERT CASE TO CHAPTER 7

COMES NOW, the Debtor-in-Possession, Gold and Silver Auto Sales, LLC, by and through counsel, Cohen Baldinger & Greenfeld, LLC, and moves this Court for an Order converting this case to one under Chapter 7 of the Bankruptcy Code, and in support thereof states:

1. This case was commenced by the filing of a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code on April 28, 2020.

2. The Debtor has remained in control of its assets and the management of its affairs as Debtor-in-Possession.

3. This case has not previously been converted.

4. This Court may grant the requested relief pursuant to §1112(a) of the Bankruptcy Code.

WHEREFORE, it is prayed that this Honorable Court enter an Order converting this case

to one under Chapter 7 of the Bankruptcy Code and granting such other and further relief as is just.

Respectfully submitted,

COHEN, BALDINGER & GREENFELD, LLC

By: /s/ Steven H. Greenfeld
   Steven H. Greenfeld
   2600 Tower Oaks Boulevard
   Suite 290
   Rockville, MD 20852
   (301) 881-8300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of December, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion and a copy of the proposed Order, will be served electronically via the Court's CM/ECF system on the following:

L. Jeanette Rice, Esq.
*Office of the U.S. Trustee*

John Joseph Bascietto, Esq.
*Counsel for Theo Properties, LLC*

I HEREBY FURTHER CERTIFY that on the 21ST day of December 2021, a copy of the forgoing Motion, along with a copy of the proposed Order was also mailed, first class mail, postage prepaid to: (NONE)

   /s/ Steven H. Greenfeld
   Steven H. Greenfeld