UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| GOLD AND SILVER AUTO SALES, LLC ) | Case No. 20-14710-TJC |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER CONVERTING CASE**

UPON CONSIDERATION of the Motion filed by the Debtor and it appearing that good cause exists for the granting of the requested relief, and for good cause having been shown, IT IS, by the United States Bankruptcy Court for the District of Maryland,

ORDERED: That the Debtor's Motion be, and the same hereby is GRANTED; and it is further

ORDERED: That this case be, and the same hereby is CONVERTED to a case under Chapter 7 of the Bankruptcy Code.

Copies to:

Steven H. Greenfeld, Esq.
Office of the U.S. Trustee

**END OF ORDER**