Entered: February 8th, 2021
Signed: February 8th, 2021

**SO ORDERED**

Hearing rescheduled to March 2, 2021 at 10:00 a.m.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **20−14710 − TJC**    Chapter: **11**

**Gold and Silver Auto Sales, LLC**
Debtor

## AMENDED ORDER AND NOTICE OF
## A HEARING ON MOTION TO
## CONVERT

The Debtor having filed a motion to convert (ECF 58), it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor serve a copy of this Order upon all creditors and parties in interest within four (4) days of the date of entry of this Order and thereafter file a certificate of service evidencing same; and it is further

ORDERED, that a hearing upon the motion to dismiss will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688); and it is further

ORDERED, that if no objection is filed by any party in interest to Debtor's motion to dismiss within fourteen (14) days after the date Debtor serves a copy of this Order on all creditors, the motion to dismiss may be granted without a hearing.

cc:    Debtor
       Attorney for Debtor − Steven H Greenfeld
       U.S. Trustee

## End of Order

15x20 (rev. 01/11/2016) − tfranc