United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-14710-TJC
Gold and Silver Auto Sales, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: aharris      Page 1 of 2
Date Rcvd: Mar 03, 2021      Form ID: 309D      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gold and Silver Auto Sales, LLC, 13400 Baltimore Avenue, Suite A1, Laurel, MD 20707-9425 |
| aty | #+ | Ingmar Goldson, The Goldson Law Office, 1734 Elton Road, Suite 210, Silver Spring, MD 20903-5718 |
| aty | + | John Joseph Bascietto, Bascietto & Bregman, LLC, 515 Main Street, Laurel, MD 20707-4117 |
| sp | + | Paul Balassa, The Law Office of Paul C. Balassa, LLC, 2138 Priest Bridge Court, Suite 1, Crofton, MD 21114-2463 |
| cr | #+ | Theo Properties, LLC, 8109 Fe Carter Road, Laurel, MD 20724, UNITED STATES 20724-1982 |
| 31536176 | + | Dealer Services, 4751 Wilshire Boulevard, Ste 205, Los Angeles, CA 90010-3860 |
| 31536177 | + | G&G International, 7501 Calderon Court, Unit C, Alexandria VA 22306-2268 |
| 31536178 | + | Georgi Georgiev, 7501 Calderon Court, Unit C, Alexandria VA 22306-2268 |
| 31536179 | + | Pepboys, 3111 W Allegheny Avenue, Philadelphia, PA 19132-1116 |
| 31536518 | | Prince George's County, Treasurer Division, Room 1090, Upper Marlboro, MD 20772 |
| 31758766 | + | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 31536180 | #+ | Scott and Kaitlin McKay, and others similarly situated, The Goldson Law Office, LLC, 1734 Elton Road, Ste 210, Silver Spring, MD 20903-5718 |
| 31583968 | + | Scott and Kaitlyn McKay, et al., 8737 Colesville Rd., Suite 308, Silver Spring, MD 20910-3921 |
| 31536514 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 31536181 | + | The Law Office of Paul C. Balassa, LLC, 2138 Priest Bridge Court, Suite 1, Crofton, MD 21114-2463 |
| 31536183 | #+ | Theo Properties, 8109 Fe Carter Road, Laurel MD 20724-1982 |
| 31536182 | #+ | Theo Properties, c/o Demetrios Theo, 8109 Fe Carter Road, Laurel, MD 20724-1982 |
| 31536519 | + | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201-3020 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trusteegreen@cohenbaldinger.com | Mar 03 2021 19:29:00 | Steven H Greenfeld, Cohen, Baldinger & Greenfeld, LLC, 2600 Tower Oaks Blvd., Suite 290, Rockville, MD 20814 |
| tr | + | EDI: QMGWOLFF.COM | Mar 04 2021 00:23:00 | Michael G. Wolff, Wolff & Orenstein, LLC, 15245 Shady Grove Rd., Suite 465, North Lobby, Rockville, MD 20850-3222 |
| 31536513 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 03 2021 19:30:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31536515 | + | EDI: IRS.COM | Mar 04 2021 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 31536517 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Mar 03 2021 19:32:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 31536516 | | Email/Text: atlreorg@sec.gov | Mar 03 2021 19:31:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |

| | | |
|---|---|---|
| District/off: 0416-0 | User: aharris | Page 2 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: 309D | Total Noticed: 24 |
| TOTAL: 6 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31758767 | *P++ | COMPTROLLER OF MAYLAND, BANKRUPTCY UNIT, 301 W PRESTON ST ROOM 409, BALTIMORE MD 21201-2396, address filed with court:, Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31758768 | *+ | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ingmar Goldson | igoldson@goldsonlawoffice.com |
| Janet M. Nesse | jnesse@mhlawyers.com DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com |
| John Joseph Bascietto | johnbaslaw@gmail.com  john.bascietto@aol.com,r59461@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Michael G. Wolff | trustee@wolawgroup.com  mwolff@ecf.axosfs.com,dgodfrey@wolawgroup.com |
| Steven H Greenfeld | trusteegreen@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Gold and Silver Auto Sales, LLC** <br> Name | EIN | **26–3633853** |
| United States Bankruptcy Court | **District of Maryland** | Date case filed in chapter **11** | **4/28/20** |
| Case number: **20–14710 TJC** | Chapter: **7** | Date case converted to chapter **7** | **2/23/21** |

Official Form 309D (For Corporations or Partnerships)

*Amended* **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Gold and Silver Auto Sales, LLC | |
| 2. | **All other names used in the last 8 years** | dba Auto Market | |
| 3. | **Address** | 13400 Baltimore Avenue, Suite A1 <br> Laurel, MD 20707 | |
| 4. | **Debtor's attorney** <br> Name and address | Steven H Greenfeld <br> Cohen, Baldinger & Greenfeld, LLC <br> 2600 Tower Oaks Blvd. <br> Suite 290 <br> Rockville, MD 20814 | Contact phone (301)881–8300 <br> Email: trusteegreen@cohenbaldinger.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Michael G. Wolff <br> Wolff & Orenstein, LLC <br> 15245 Shady Grove Rd. <br> Suite 465, North Lobby <br> Rockville, MD 20850 | Contact phone (301) 250–7232 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Greenbelt Division <br> 6500 Cherrywood Lane, Ste. 300 <br> Greenbelt, MD 20770 <br><br> Clerk of the Bankruptcy Court: <br> Mark A. Neal | Hours open: <br> 8:45 – 4:00 PM <br><br> Contact phone   (301) 344–8018 <br> Date:                     3/3/21 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 24, 2021 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **See the included UST Notice for meeting participation details.** |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships)   **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   page **1**

Debtor  **Gold and Silver Auto Sales, LLC**                                                                                                  Case number **20–14710**

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines.<br><br>All claims actually filed by a creditor *before conversion of the case are* deemed filed in the Chapter 7 case.<br>You need not re–file your proof of claim. | **Deadline for all creditors to file a proof of claim (except governmental units):**  Filing deadline: 5/4/21<br><br>**Deadline for governmental units to file a proof of claim:**  Filing deadline: 8/23/21<br><br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |
| 11. | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. |